IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. )
)
DUANE RILL )

Criminal No. 13-144

(29 U.S.C. § 501(c))

INDICTMENT

The grand jury charges:

During the period from on or about March 23, 2007, to on or about November 20, 2009, in the Western District of Pennsylvania and elsewhere, the defendant, DUANE RILL, while employed as the Secretary-Treasurer for Berry Metal Employees' Association, a labor organization engaged in an industry affecting interstate commerce within the meaning of Sections 402(i) and (j) of Title 29, United States Code, did embezzle, steal and unlawfully and willfully abstract and convert to his own use approximately $13,496.00 of the monies, funds, property and assets of said labor organization, that is the defendant, DUANE RILL, wrote and cashed unauthorized union checks and made an unauthorized cash withdrawal.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524